**Order entered December 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00271-CR

**ROSS ANTHONY SCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 18-10103-422-F**

### ORDER

Before the Court is the State's November 29, 2021 second motion for an extension of time to file its brief. We **GRANT** the extension and **ORDER** the State's brief due by January 3, 2022.

We **DIRECT** the Clerk to set this appeal at issue.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE